203 So.2d 557

**Bernadine LABORDE**

v.

**LIBERTY MUTUAL INSURANCE CO.**

No. 48899.

Nov. 10, 1967.

The application is denied. There appears no error of law in the judgment complained of.